**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MICHAEL J. SCHIFANELLI
12933 Harbor Drive
Ocean City, MD 21842

        *Plaintiff*,

v.

JOHN LOVEDAY
441 4th Street, NW
Washington, DC 20001

NICOLE KOENIGSMANN
441 4th Street, NW
Washington, DC 20001

        *Defendants*.

Civil Action No. 25-cv-2046

**NOTICE OF REMOVAL**

Under 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant John Loveday hereby removes *Michael J. Schifanelli v. John Loveday, et al.*, Civil Action No. 2025 SCB 000422, originally brought in the Superior Court of the District of Columbia, to this Court because the claims raised in the Complaint assert federal questions appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Plaintiff asserts that his Fourth Amendment rights were violated by Defendants John Loveday and Nicole Koenigsmann when he was allegedly held without probable cause during a traffic stop. *See* Compl. Because Plaintiff's claim arises under the U.S. Constitution, this Court has original jurisdiction under 28

U.S.C. § 1331.  *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").  Thus, under 28 U.S.C. § 1441(a), Defendant Loveday may remove this action to this Court.

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days of service on the District of Columbia, which occurred on May 29, 2025.[1]  Copies of all pleadings and papers filed in the Superior Court of the District of Columbia are attached as Exhibit 1.  After this Notice is filed in the United States District Court for the District of Columbia, Defendant Loveday will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff *pro se*.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court of the District of Columbia is located.

Upon information and belief, Defendants have not been properly served as of the time of this filing.  Thus, Defendant Nicole Koenigsmann's consent to removal is not required at this time.  *See Kopff v. World Rsch. Grp., LLC*, 298 F. Supp. 2d 50, 59 (D.D.C. 2003) ("While unanimity of defendants' consent to removal is a cornerstone of the removal process, unanimity is not defeated if those defendants absent from the notice of removal were never served properly in the first instance.").

---

[1]    Under Super. Ct. Civ. R. 4(j)(3)(D) and (E), to effect service on an employee of the District of Columbia, a party must serve both the individual and the District of Columbia.  Upon information and belief, neither defendant has been properly served.  And in any event, because service on the defendant is not complete until the District of Columbia is served with process, Defendant Loveday's time to remove this action arose no earlier than May 29, 2025, when the District of Columbia was served.  Therefore, this removal is timely.

Accordingly, Defendant John Loveday removes this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:  June 27, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Christina Okereke
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ Miles A. Coll
MILES A. COLL*
KATHERINE BRUMUND [90017779]
Assistant Attorneys General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 285-0958
miles.coll@dc.gov

*Counsel for Defendant John Loveday*

*Admitted to practice only in the State of New York.  Practicing in the District of Columbia under the direct supervision of Christina Okereke, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2025, I caused to be served a copy of the foregoing Notice of Removal and the exhibit attached thereto by certified mail upon:

MICHAEL J. SCHIFANELLI
12933 Harbor Drive

3

Ocean City, MD 21842
(252) 571-7712
*Plaintiff pro se*

/s/ Miles A. Coll
MILES A. COLL
Assistant Attorney General